JOHN W. RICHARDSON
BANKRUPTCY TRUSTEE
5161 SOQUEL DRIVE, SUITE F
SOQUEL, CA 95073
Telephone: (831) 475-2404

Trustee in Bankruptcy



FILED
SEP 1 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - Northern District of California

| In re: | Case No. 10-55663 ASW |
|---|---|
| BC TECH | Chapter 7 |
| | NOTICE OF SMALL DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the Court, Small Dividends in the amount of $20.61. The names and addresses of those entitled to the Small Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 7 | Qosina<br>150-Q Executive Drive<br>Edgewood, NY 11717-8329 | 138.49 | 4.80 |
| 9 | Flex Products<br>P.O. Box 0188<br>Carlstadt, NJ 07072 | 97.20 | 3.37 |
| 17 | Quail Electronics<br>2171 Research Drive<br>Livermore, CA 94550 | 64.96 | 2.25 |
| 24 | Sealcon<br>14853 E.Hinsdale Ave.,Suite D<br>Centennial, CO 80112-4240 | 36.61 | 1.27 |
| 35 | R.S. Hughes Company, Inc.<br>PO Box 3515<br>SUNNYVALE, CA 94088 | 88.53 | 3.07 |
| 37 | The Olander Company Inc.<br>144 Commercial Street<br>Sunnyvale, CA 94086 | 77.42 | 2.68 |

| | | | |
|---|---|---|---|
| 41 | United Parcel Service<br>c/o Receivable Management Services, PO Box 4396<br>Timonium, MD 21094 | 91.40 | 3.17 |

Dated: September 8, 2011

_____
JOHN M. RICHARDSON, TRUSTEE